```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      24cr 308 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
JOACIM MENDEZ,                           :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **May 16, 2024 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:      New York, New York
            May 10, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge