```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      24cr308(DLC)
                                         :
             -v-                         :      REQUEST
                                         :
JOACIM MENDEZ,                           :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Upon the application of the defendant, the Court hereby RECOMMENDS that the Bureau of Prisons designate the defendant to a facility as close to the state of Connecticut as possible.

SO ORDERED:

Dated:   New York, New York
         September 10, 2024

*[signature]*
DENISE COTE
United States District Judge